5-638545
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 3399

---------------------------------------------------X

MAERSK LINE,

Plaintiff,

JUDGE KOELTL

- against -

CIVIL COMPLAINT
IN ADMIRALTY

ANDERSON INTERNATIONAL GLOBAL, LLC, a/k/a WORLDWIDE PAPER CO.,

Defendant.

---------------------------------------------------X

RECEIVED APR 30 2007 U.S.D.C. S.D. N.Y.

Plaintiff MAERSK LINE, by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, as and for its Complaint against defendant ANDERSON INTERNATIONAL GLOBAL, LLC, a/k/a WORLDWIDE PAPER CO., in personam, in a cause of action civil and maritime, alleges upon information and belief:

1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, the Ocean Shipping Reform Act of 1999, 46 U.S.C., App. Section 1701, et seq., and Paragraph 14.4 of the Bills of Lading.

2. At all times hereinafter mentioned, plaintiff MAERSK LINE was and still is a corporation duly organized and existing under the laws of the State of Delaware with offices and a place of business at 6000 Carnegie Blvd., Charlotte, NC 28209.

3. Upon information and belief and at all times hereinafter mentioned, defendant had and now has the legal status and place of business as set forth in Schedule A.

4. On or about the dates and at the ports of shipment stated in Schedule A, certain goods were delivered to plaintiff to be carried to the ports of destination and at the agreed charges to be paid by defendant pursuant to plaitniff's published tariff, all as set forth in Schedule A.

5. Thereafter, the goods were carried to the ports of destination and

delivered to the consignee and/or its agents.

6. Plaintiff has performed all duties and obligations required to be performed by plaintiff.

7. Defendant has failed and refused and continues to fail and refuse to remit payment of $13,122.00, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $13,122.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon, costs, disbursements and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendants citing them to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
April 30, 2007

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By____________________________

Albert J. Avallone - AA1679
Attorneys for Plaintiff
MAERSK LINE
551 Fifth Avenue, Suite 1625
New York, NY 10176
(212) 696-1760

SCHEDULE A

I. Defendant's status & address:

A. Upon information and belief and at all times hereinafter mentioned, defendant ANDERSON INTERNATIONAL GLOBAL, LLC, a/k/a WORLDWIDE PAPER CO. was and still is a corporation organized and existing under the laws of the State of Illinois, with offices and a place of business at 60-B West Terra Cotta Ave. #234, Crystal Lake, IL 60014, with an agent for service of process at Law Offices of Andrew Sagartz, 1880 W. Winchester Road, Suite 206, Libertyville, IL 60048.

II. Details of shipment(s):

1. Bill of Lading No. MAEUTOR203329, dated May 16, 2005, from Long Beach to Haiphong via Los Angeles on the Vessel CARSTEN MAERSK, seven (7) forty-foot Hi-Cubes SAID TO CONTAIN: WHITE TISSUE BALES, at the applicable tariff charge of $5,317.00 (Exhibit A).

Amount Paid: $0 Amount Due: $5,317.00

2. Bill of Lading No. MAEUTORDA0280, dated September 12, 2005, from Oakland to Nhava Sheva on the Vessel SL LIGHTENING, five (5) forty-foot Hi-Cubes SAID TO CONTAIN: WASTE PAPER, at the applicable tariff charge of $7,805.00 (Exhibit B).

Amount Paid: $0 Amount Due: $7,805.00

III. Total Amount Due: $13,122.00

# MAERSK SEALAND

B/L No.: MAEU TOR203329

Remit To: Maersk Sealand 6000 Carnegie Blvd, Charlotte, NC 28209

**Shipper/Exporter (complete name and address)**
AIG, LLC
60-B W TERRA COTTA AVENUE #234
CRYSTAL LAKE, IL 60014, USA

**Booking No.**
002846308

**Export references**
11420E05004998

34/AIG-HY/10

**Consignee (complete name and address)**
NOANGYEN TRADING AND SERVICE CO. LTD
MR. VUXUAN CUONG, DIRECTOR
8/63 VU TRONG PHUNG
THANH XUAN, HANOI, VIETNAM
TEL:0118448586623 FAX:0118445589685

**Forwarding agent - references** FMC 0769
ABX LOGISTICS-ATLANTA
8200 ROBERTS DR
STE 200
ATLANTA GA 30350

**Notify Party (complete name and address)**
NOANGYEN TRADING AND SERVICE CO.LTD
MR. VUXUAN CUONG, DIRECTOR
8/63 VU TRONG PHUNG
THANH XUAN, HANOI, VIETNAM
T:0118448586623 F: 0118445589685

**Domestic routing/export instructions**

Shipper memoranda not part of Bill of Lading

***Precarriage by**

***Place of Receipt** LONG BEACH

**Vessel** CARSTEN MAERSK **Voy No.** 0506 **Port of Loading** LOS ANGELES, CA.*

**Onward inland routing**

**Port of Discharge** HAI PHONG PORT,** ***Place of Delivery** HAIPHONG

**CARRIER'S RECEIPT** | **PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE**

NON - NEGOTIABLE COPY FREIGHT INVOICE

| Container No./Seal No. Marks and Numbers | No. of Containers or pkgs | Kind of packages; description of goods | Gross Weight | Measurement |
|---|---|---|---|---|
| | | CY / CY | | |
| APMU8017060 | 7 | X 40' HIGHCUBE CONTAINERS | LBS | CBM |
| 33262 | | 334 BALES | 223620.000 | 238.000 |
| APMU8027916 | | | | |
| 33318 | | BALES CONTRACT NO:34/AIG-HY/10 | | |
| MSKU8573489 | | WHITE TISSUE BALES, WITH CORES | | |
| 33294 | | AS SAMPLE PROVIDED AND | | |
| MSKU8939475 | | APPROVED BY BOTH PARTIES | | |
| 33274 | | IT IS UNUSED. | | |
| MSKU8978194 | | PROHIBITIVE MATERIALS:1% | | |
| 33293 | | MOISTURE: 12% MAX, OUTTHROWS: | | |
| TRLU8054504 | | 2% CIF HAI PHONG PORT, VIETNAM, | | |
| 33276 | | INCOTERMS 2000 EXPORT STANDARD | | |
| TTNU9741574 | | PACKING AND SEAWORTHY | | |

| Freight & Charges | Rate | | Unit | Prepaid | Collect |
|---|---|---|---|---|---|
| BASIC FREIGHT 7.00* | 700.00 | USD | HC | 4900.00 | |
| CARRIER SECURITY CHA | 6.00 | USD | SU | 42.00 | |
| INTERMOD FUEL CHARGE | 50.00 | USD | SU | 350.00 | |
| DOC FEE ORIGIN | | USD | SM | 25.00 | |

EXHIBIT "A"

**Declared Value Charges** (see clause ... for Declared Value of US $)

**Total Prepaid** USD 5317.00

**Total Collect**

**Number of Original Bills**

[illegible fine print terms and conditions]

**Place of Issue** TORONTO

**Date** MAY 16 05

*Applicable only when document used as a Combined Transport Bill of Lading

SEE ATTACHED SHEET

MAY 16 2005

MAERSK INC.

As Agent(s) only

M1000

7919/3150M/11-09/D/I

MAERSK SEALAND Case 1:07-cv-03399-JGK Document 1 Filed 04/30/2007 Page 5 of 6
TC
ATTACHMENT NO.: 1

TRANSPORT BY CONTAINER VESSEL,
ON BOARD CARSTEN MAERSK V.506
EX LOS ANGELES,CA ,USA ON 15
MAY 2005
SED:X20050511037006
POINT OF ORIGIN: USA CT
*USA
**VIETNAM

MAERSK INC.

# MAERSK SEALAND

B/L No.

Remit To: Maersk Sealand 6000 Carnegie Blvd, Charlotte, NC 28209 | MAEU TORDA0280

Shipper/Exporter (complete name and address)

AIG, LLC
60-B W. TERRA COTTA # 234
CRYSTAL LAKE, IL
60014 USA

Booking No.
002960280

Export references
1142OE05005915

002960280

Consignee (complete name and address)

PLUS INTERNATIONAL
C-501 LILAC GARDENS, GHARKOP
KANDIVALLI W MUMBAI 400067 INDIA
TEL/FAX: 91-22-28876654

Forwarding agent - references FMC 0769
ABX LOGISTICS-ATLANTA
8200 ROBERTS DR
STE 200
ATLANTA GA 30350

Notify Party (complete name and address)

PLUS INTERNATIONAL
C-501 LILAC GARDENS, GHARKOP
KANDIVALLI W MUMBAI 400067 INDIA
TEL/FAX: 91-22-28876654

Domestic routing/export instructions

Shipper memoranda not part of Bill of Lading

*Precarriage by

*Place of Receipt
OAKLAND, CA

Vessel: SL LIGHTNING Voy No. 0517

Port of Loading: OAKLAND, CA

Onward inland routing

Port of Discharge: NHAVA SHEVA

*Place of Delivery: NHAVA SHEVA

**CARRIER'S RECEIPT** / **PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE**

| Container No./Seal No. Marks and Numbers | No. of Containers or pkgs. | Kind of packages; description of goods | Gross Weight | Measurement |
|---|---|---|---|---|
| CAXU4972318 20632 MSKU8303823 20633 MSKU8623445 20634 MSKU8994723 20632 MSKU9111886 40630 | 5 | CY / CY<br>X 40'HIGHCUBE CNTR. S.T.C.<br>157 ROLLS<br>WASTE PAPER - SINGLE STREAM PAPER IN BALES<br>POINT OF ORIGIN: USA IL<br>NO SED REQD, SECTION 30.55H | KGS<br>101440.000 | CBM<br>170.000 |

NON-NEGOTIABLE COPY

FREIGHT INVOICE

| Freight & Charges | Rate | | Unit | Prepaid | Collect |
|---|---|---|---|---|---|
| BASIC FREIGHT 5.00* | 1530.00 | USD | HC | 7650.00 | |
| CARRIER SECURITY CHA | 6.00 | USD | SU | 30.00 | |
| DOC FEE ORIGIN | | USD | SM | 25.00 | |
| LATE DOC. FEE | | USD | SM | 100.00 | |

EXHIBIT "B"

Declared Value Charges (see clause 6) for Declared Value of US $

Total Prepaid: USD 7805.00

Number of Original Bs/L

Total Collect

Place of Issue: TORONTO

Date: SEP 12 05

*Applicable only when document used as a Combined Transport Bill of Lading

RECEIVED in apparent good order and condition, unless otherwise stated herein, for transportation [illegible]

SEP 12 2005

MAERSK INC.
As Agent(s) only

M1000

7919/3150M/11-99/DR