AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | May 4 2007 |
| NAME OF SERVER (PRINT) Andrew Raphael | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 1880 W. Winchester Road Libertyville IL 60048

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[X] Other (specify): c/o Agent for Service of Process - Law Offices of Andrew Sigusta Served on Sid Cuevas "authz to accept" (office mgr)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 4 2007
_Date_

Signature of Server: _Andrew Raphael_

Address of Server: Chicago ILL.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.