5-638545
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MAERSK LINE,

              Plaintiff,

- against -

ANDERSON INTERNATIONAL
GLOBAL, LLC, a/k/a
WORLDWIDE PAPER CO.,

              Defendant.
------------------------------------------------------X

07 Civ. 3399 (KOELTL)

STIPULATION AND ORDER
OF SETTLEMENT

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/07
```

    IT IS STIPULATED, ORDERED AND AGREED by and between the attorneys for plaintiff MAERSK LINE, and the defendant ANDERSON INTERNATIONAL GLOBAL, LLC, a/k/a WORLDWIDE PAPER CO. that the above captioned matter be and hereby is settled and dismissed, with prejudice and without costs as to each party against the other, for payment by defendant to plaintiff in the amount of THIRTEEN THOUSAND ONE HUNDRED TWENTY-TWO DOLLARS and NO CENTS ($13,122.00) to be remitted pursuant to the following schedule:

        1. $3,280.50 on or before September 30, 2007;

        2. $3,280.50 on or before October 30, 2007;

        3. $3,280.50 on or before November 30, 2007;

        4. $3,280.50 on or before December 30, 2007;

and it is further

    STIPULATED, ORDERED AND AGREED that said payments are to be made by checks made payable to the "Law Offices of Albert J. Avallone & Associates, As Attorneys" so that same are received at the Law Offices of Albert J. Avallone & Associates, 551 Fifth Avenue, Suite 1625, New York, NY 10176 on or before the dates noted above; and it is further

STIPULATED, ORDERED AND AGREED that in the event of a default in any of the payments noted above, then, upon 5 business days written notice by telefax and/or first class mail to counsel for defendant, CALMEC GLOBAL LAW GROUP, 1880 W. Winchester Rd., Suite 206, Libertyville, IL 60048, Attention: Andrew Sagartz, Esq., should said default not be cured within said 5 business day period, then, without further notice, plaintiff may proceed to judgment against defendant for the full amount demanded in the Complaint, with interest at 6% from the dates of the Bills of Lading, costs and disbursements, less any payments made hereunder, and plaintiff may immediately proceed to execution thereon; and it is further

STIPULATED, ORDERED AND AGREED that this Honorable Court shall retain jurisdiction to enforce the terms of this Stipulation and Order of Settlement.

Dated: New York, New York
       Libertyville, Illinois
       May 31, 2007

        LAW OFFICES OF
        ALBERT J. AVALLONE & ASSOCIATES

By_____
    Albert J. Avallone - AA1679
    Attorneys for Plaintiff
    MAERSK LINE
    551 Fifth Avenue, Suite 1625
    New York, NY 10176
    Telephone: (212) 696-1760
    Telefax:   (212) 696-1873

CALMEC GLOBAL LAW GROUP

By _____
Andrew Sagartz
Attorneys for Defendant
ANDERSON INTERNATIONAL
GLOBAL, LLC, a/k/a
WORLDWIDE PAPER CO.
1880 W. Winchester Rd., Suite 206
Libertyville, IL 60048
Telephone: (847) 996-0888
Telefax:    (847) 996-0899

SO ORDERED:

_____
U.S.D.J.

6/12/07