5-638545
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
MAERSK LINE,

          Plaintiff,

- against -

ANDERSON INTERNATIONAL
GLOBAL, LLC, a/k/a WORLDWIDE
PAPER CO.,

          Defendant.
------------------------------------------------X

07 Civ. 3399 (KOELTL)

JUDGMENT

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/2007

        This action having been commenced by the filing of a Summons and Complaint, and the parties having entered into a Stipulation and Order of Settlement calling for, <u>inter alia</u>, monthly payments by defendant, and defendant having failed to make the payment due on September 30, 2007, and notice of default pursuant to the terms of the Stipulation and Order of Settlement having been sent on October 3, 2007, and defendant having failed to cure the default within the 5 days called for by the Stipulation and Order of Settlement,

        NOW, upon application of the Law Offices of Albert J. Avallone & Associates, attorneys for plaintiff, it is

        ORDERED, ADJUDGED AND DECREED that plaintiff MAERSK LINE have judgment against defendant ANDERSON INTERNATIONAL GLOBAL, LLC, a/k/a WORLDWIDE PAPER CO. in the liquidated amount of $13,122.00, together with interest at 6% from the respective dates due as called for by the Stipulation, amounting to $1,756.30, with costs in the amount of $575.00, amounting in all to $15,453.30, and that plaintiff may immediately proceed to execution thereon.

Dated: New York, New York
      October 18, 2007

                                       G. Koeltl
                                       U.S.D.J.